USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: _3/1/12_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SENIOR LIVING OPTIONS, INC. AND MELROSE
AVENUE ASSOCIATES, L.P,

Plaintiffs,

v.

Civil No. 1:11-civ-01791 (AJP)
(PGG) (ECF)

ILLINOIS UNION INSURANCE COMPANY,

Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, the Parties,

by their respective counsel, stipulate that all claims and causes of action are dismissed with

prejudice, and without costs to any party.

**HODGSON RUSS LLP**
*Attorneys for the Defendant Illinois
Union Insurance Company*

Brent J. Nowicki
Bar ID: BN1879
140 Pearl Street, Suite 100
Buffalo, New York 14202-4040
(716) 856-4000

**SMITH MAZURE DIRECTOR WILKINS
YOUNG & YAGERMAN, P.C.**
*Attorneys for the Plaintiffs Senior Living
Options, Inc. and Melrose Avenue Associates,
L.P.*

Louise M. Cherkis (LC 7588)
111 John Street, 20th Floor
New York, New York 10038-3198
(212) 964-7400

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

## BY ECF

042375.00328 Litigation 8140484v1

PAGE 2/2 * RCVD AT 2/28/2012 7:08:17 PM [Eastern Standard Time] * SVR:SMDWRFAX/2 * DNIS:8689 * CSID:4356494079 * DURATION (mm-ss):01-00

cc:     Via Facsimile –716 819 4615
        Brent Nowicki
        Hodgson Russ, LLP
        The Guaranty Building
        140 Pearl Street, Suite 100
        Buffalo, NY  14202